AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America  )
v.  )  Case: 1:21-mj-00065
ARTIE BYRD  )  Assigned to: Judge Zia M. Faruqui
DOB: xx/xx/xxxx-PDID: xxx-xxx  )  Assign Date: 1/15/2021
  )  Description: COMPLAINT W/ARREST WARRANT
  )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 14, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Ruger P95, 9mm semi-automatic pistol and 9mm ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

✔ Continued on the attached sheet.

_____
*Complainant's signature*

ANTHONY DELBORRELL, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: 01/15/2021

_____
*Judge's signature*

City and state: Washington, DC   ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

Print  Save As...  Attach  Reset