AO 442 (Rev. 11/11) Arrest Warrant                                   8201093

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

UNITED STATES OF AMERICA )
V. )
) Case No.  0090 1:21CR00027-001
Artie Byrd )
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Artie Byrd

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See attached petition

Date:  9-15-2022                              D. Jones Patterson
                                              *Issuing Officer's Signature*

City and State: Washington, DC                D. Jones-Patterson
                                              *Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* 09.15.22, and the person was arrested on *(date)* 09 20 22 at *(city and state)* WASHINGTON DC |
| Date: 09 20 22                    *Arresting Officer's Signature* |
|                                   COREY WILLIAMS  DEO  *Printed Name and Title* |