UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ARTIE BYRD,
Defendant.

Case No. 21-cr-27 (CKK/GMH)

**ORDER**
**(June 20, 2024)**

This case comes before the Court upon the receipt of a Magistrate Judge G. Michael Harvey's [59] Report and Recommendation dated June 4, 2024. This matter was referred to a Magistrate Judge for a Report and Recommendation concerning alleged violations of Defendant's supervised release detailed in a probation petition, ECF No. 29 [sealed] filed on September 15, 2022. Magistrate Judge Harvey issued his [59] Report and Recommendation after holding a hearing on violation on May 24, 2024. The Report and Recommendation recommends:

> In light of Defendant's September 27, 2023 conviction in *United States v. Byrd*, No. 22-cr-309 (D.D.C.), for illegally possessing a firearm, the undersigned recommends revoking Defendant's supervised release and sentencing him to a term of eleven months in jail to run consecutively to the sentence he is currently serving on that September 2023 conviction.

Report and Recommendation, ECF No. 59, at 1. Magistrate Judge Harvey recommended a sentence "at the midpoint of Defendant's guidelines range" and "with no additional period of supervised release to follow." *Id.* at 10.

No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 20th day of June 2024,

**ORDERED** that the Report and Recommendation is hereby ADOPTED IN FULL.

_____<br>
COLLEEN KOLLAR-KOTELLY<br>
UNITED STATES DISTRICT JUDGE